# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

VALIREE CORNELIUS,

    Plaintiff,

v.                                             CASE NO. 4:21cv448-RH-MAF

KEETON CORRECTIONS, INC.,

    Defendant.

_____/

## ORDER APPROVING THE SETTLEMENT

The plaintiff filed this action claiming that the defendant failed to pay the plaintiff overtime as required by the Fair Labor Standards Act. The defendant contested the claim. The parties have entered into a settlement agreement. At least when a plaintiff does not recover the full amount claimed, an FLSA settlement requires court approval. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Based on the information provided at the hearing on June 16, 2022, I find that the settlement agreement was negotiated at arm's length with the assistance of competent attorneys on both sides. I find that the settlement agreement is fair and reasonable. I find that the costs and attorney's fees are

reasonable and within—probably well below—the range ordinarily paid to attorneys in this district for comparable work. Accordingly,

IT IS ORDERED:

1. The settlement is approved.

2. The parties must comply with their settlement agreement.

3. All claims other than for enforcement of the settlement agreement are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

4. Jurisdiction is retained to enforce the order to comply with the settlement agreement.

5. The clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreement. The court retains jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

6.  The clerk must close the file.

7.  A party who objects to the terms of this order or the judgment to be entered based on this order must file a timely motion to alter or amend under Federal Rule of Civil Procedure 59(e).

SO ORDERED on June 16, 2022.

                                        s/Robert L. Hinkle
                                        United States District Judge